FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

DEC 27 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Linda M. McCormick,       :
          Plaintiff,   :
vs.                       :     CIVIL CASE NO.: WMN 01-CV-2637
                          :
Starkey Farms Company, Inc., et. al.,  :
          Defendants.  :
_____/

## ORDER

This matter having come before the Court upon a Motion to Extend Time for Service filed by the Plaintiff, Linda M. McCormick, and the Court having reviewed the documents submitted by counsel, and having considered any opposition to the Motion, and finding good cause for same, it is this ___27th___ day of ___December___, 2001, Ordered, pursuant to FRCP 4(m), that the Motion be, and hereby is, Granted. The time to serve Defendant Efrain Rodriguez is hereby extended for sixty additional days, until March 4, 2002.

                                     _____
                                     William M. Nickerson, Judge
                                     United States District Court