IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Linda M. McCormick,
    Plaintiff,

vs.                                                                            CIVIL CASE NO.: WMN 01-CV-2637

Starkey Farms Company, Inc., et. al.,
    Defendants.

## ORDER

This matter having come before the Court upon a Motion for Admission Pro Hac Vice, and the Court having reviewed the documents submitted by counsel and finding good cause for same, it is this, _____4th_____ day of _____January_____, 2002, Ordered that the Motion be, and hereby is, Granted. Paul A. Wernle is hereby admitted *pro hac vice* as co-counsel for the Plaintiff in the above captioned matter.

                                                                                        The Honorable William M. Nickerson
                                                                                        United States District Judge