IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINDA M. MCCORMICK            *

      Plaintiff            *

v.                             *    CIVIL NO. WMN-01-2637

EFRAIN RODRIGUEZ              *

      Defendant            *

*************

## ORDER

The court file reflecting that service of process has been effected upon defendant Efrain Rodriguez, and that defendant has not yet filed any response to the Complaint, it is, this 7th day of May, 2002.

ORDERED that plaintiff file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within **fourteen (14)** days of this order.

                                                William M. Nickerson
                                                United States District Judge