UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
SUITE 335A
GREENBELT, MARYLAND 20770
(301) 344-0630
Fax: (301) 344-0629

July 18, 2002

Howard L. Metz, Esquire
12 South Market Street
Suite 223
Frederick MD 21701

Warren D. Stephens, Esquire
DeCARO DORAN SICILIANO
GALLAGHER & DeBLASIS LLP
Washington Business Park
4601 Forbes Blvd Suite 200
Lanham MD 20703-4988

    Re:   *Linda M. McCormick v. Efrain Rodriguez, et al.*
           Civil No. WMN 01-2637

Dear Counsel:

Please be advised that a follow-up settlement conference in the above-captioned case has been scheduled for **October 11, 2002**, at **11:00 a.m.** to be held in my chambers (Room 335A). It is essential that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person. Attendance by the attorney for a party is <u>not</u> sufficient. *See* Local Rule 607.3.

No later than October 4, 2002, I would like to receive from each party an update of the settlement negotiations.

Despite the informal nature of this letter, it is an Order of the court and shall be docketed as such.

Very truly yours,

Jillyn K. Schulze
United States Magistrate Judge

cc:    Judge William M. Nickerson